IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ALONSO VEGA,

    Petitioner,                    No. CIV S-10-398 GGH P

    vs.

FRANCISCO JAQUEZ,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        On June 1, 2010, petitioner's petition was stayed pursuant to King/Kelly. On April 20, 2011, petitioner filed a petition with supporting letters. However, it appears that the petition that was filed is not an amended petition in the instant action, rather it is a state petition pending in state court, that according to petitioner was filed in the Superior Court of San Joaquin on March 31, 2011. It seems that petitioner filed the petition in this court to demonstrate that he is still in the process of exhausting his claims.

        Therefore, the first amended petition (Doc. 12) will stricken and disregarded. Petitioner should still comply with the court's June 1, 2010, regarding exhaustion and filing an amended petition.

1

Accordingly, IT IS HEREBY ORDERED that petitioner's first amended petition (Doc. 12) is stricken and will be disregarded.

DATED: May 3, 2011

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH: AB
vega0398.ord