IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ALONSO VEGA,

    Petitioner,            No. 2:10-cv-0398 GGH P

    vs.

FRANCISCO JAQUEZ,            <u>ORDER</u>

    Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se and in forma pauperis, proceeds with a second amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 30, 2012, respondent filed a motion to dismiss on the grounds that all three of the claims were unexhausted and the third claim, ineffective assistance of appellate counsel, was filed beyond the one-year statute of limitations. Petitioner did not file an opposition, but filed copies of his state habeas petitions which indicated that his petition to the California Supreme Court was still pending, thus all three claims were unexhausted. Petitioner did not address respondent's contention that the ineffective assistance of appellate counsel claim was untimely. The court has reviewed the California Supreme Court docket and petitioner's petition filed on February 6, 2012, S199959, was denied on May 23, 2012. Thus, all three claims are now exhausted, however, petitioner has still failed to address the motion to dismiss claim three as being

1

untimely. Petitioner shall file an opposition to the motion to dismiss regarding the timeliness of claim three within 28 days of service of this order. Failure to file an opposition will result in a recommendation that this action be dismissed. Respondent may file a reply within seven days of an opposition being filed.

Accordingly, IT IS HEREBY ORDERED that petitioner shall file an opposition to the motion to dismiss regarding the timeliness of claim three within 28 days of service of this order. Failure to file an opposition will result in a recommendation that this action be dismissed. Respondent may file a reply within seven days of an opposition being filed.

Dated: August 22, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
vega0398.ord