1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LUIS ALONSO VEGA,

11            Petitioner,                          No. 2:10-cv-0398 GGH P

12        vs.

13   FRANCISCO JAQUEZ,                      ORDER

14            Respondent.

15   _____/

16            Petitioner, a state prisoner proceeding pro se and in forma pauperis, proceeds with

17   a second amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March

18   30, 2012, respondent filed a motion to dismiss on the grounds that all three of the claims were

19   unexhausted and the third claim, ineffective assistance of appellate counsel, was filed beyond the

20   one-year statute of limitations.  Petitioner did not file an opposition, but filed copies of his state

21   habeas petitions which indicated that his petition to the California Supreme Court was still

22   pending, thus all three claims were unexhausted.  Petitioner did not address respondent's

23   contention that the ineffective assistance of appellate counsel claim was untimely.  The court has

24   reviewed the California Supreme Court docket and petitioner's petition filed on February 6,

25   2012, S199959, was denied on May 23, 2012.  Thus, all three claims are now exhausted,

26   however, petitioner has still failed to address the motion to dismiss claim three as being

1

1   untimely.  Petitioner shall file an opposition to the motion to dismiss regarding the timeliness of

2   claim three within 28 days of service of this order.   Failure to file an opposition will result in a

3   recommendation that this action be dismissed.  Respondent may file a reply within seven days of

4   an opposition being filed.

5           Accordingly, IT IS HEREBY ORDERED that petitioner shall file an opposition to

6   the motion to dismiss regarding the timeliness of claim three within 28 days of service of this

7   order.   Failure to file an opposition will result in a recommendation that this action be dismissed.

8   Respondent may file a reply within seven days of an opposition being filed.

9   Dated: August 22, 2012

10

11                                   /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

12

GGH: AB
13   vega0398.ord

14

15

16

17

18

19

20

21

22

23

24

25

26