IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ALONSO VEGA,

    Petitioner,                      No. 2:10-cv-0398 JAM AC P

    vs.

FRANCISCO JAQUEZ,

    Respondent.                  <u>ORDER</u>

        Petitioner is proceeding in this action in pro per and in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On May 14, 2013, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty-eight days. Petitioner has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed May 14, 2013 are adopted in full; and

        2. Respondent's March 30, 2012 motion to dismiss is granted in part;

1

3. Petitioner's claim of ineffective assistance of appellate counsel is dismissed with prejudice;

4. Petitioner's motion for leave to file an amended complaint is granted; and

5. Petitioner is granted leave to file a third amended petition within thirty days from the date of this order.

DATED:   July 2, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE