UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALONSO VEGA, | No. 2:10-cv-0398 JAM AC P |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| FRANCISCO JAQUEZ, et al., | |
| Respondents. | |

    Petitioner, a state prisoner, proceeds pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed July 19, 2013, respondent was ordered to file, within sixty days, a response to petitioner's third amended petition. Respondent has failed to file a response. Good cause appearing, IT IS HEREBY ORDERED that within seven days from the date of this order respondent shall file and serve an answer to the petition for writ of habeas corpus or a motion to dismiss and shall show cause in writing why sanctions should not be imposed for the failure to timely file the answer or motion to dismiss.

DATED: September 27, 2013

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:ls//vega0398.102.osc

1